Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
PASICH LLP
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (424) 313-7860
Facsimile: (424) 313-7890

Attorneys for Plaintiff and
Counter-Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIACOMCBS INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GREAT DIVIDE INSURANCE COMPANY, a North Dakota corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-cv-00400-ODW(AFM)<br><br>Hon. Otis D. Wright, II<br><br>**VIACOMCBS INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>*(Memorandum of Points and Authorities; Separate Statement of Uncontroverted Facts and Conclusions of Law; Request for Judicial Notice; Declarations of Barrie Wexler, Joe McLusky, and Pamela Woods in support thereof, and Proposed Order filed concurrently herewith)*<br><br>Date:　October 17, 2022<br>Time:　1:30 p.m.<br>Ctrm:　5D<br><br>Complaint Filed: January 14, 2021 |

**VIACOMCBS'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 17, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard by the above-entitled court, in Courtroom 5D of the United States District Courthouse, 350 West First Street, Los Angeles, California 90012, Plaintiff ViacomCBS Inc. ("ViacomCBS") will, and hereby does, move this Court for summary judgment on the following issues as to defendant Great Divide Insurance Company ("Great Divide") pursuant to Federal Rule of Civil Procedure 56:

1) that, pursuant to the Due Diligence Clause of the Great Divide Policy, (i) ViacomCBS's acts in developing and implementing COVID-19 safety protocols for the production of *Goldie's Oldies* were reasonably practicable acts taken to avoid or diminish loss or circumstances likely to give rise to a loss or claim insured under the Great Divide Policy; and (ii) Great Divide must pay ViacomCBS for the additional costs and increased expenses it incurred to implement COVID-19 safety protocols for *Goldie's Oldies*; and

2) that the "Notice of Nonrenewal of Insurance" sent by Great Divide to ViacomCBS on September 28, 2020, and had no force or effect.

This Motion is made following conferences of counsel pursuant to Local Civil Rule 7-3, which took place telephonically on August 29, 2022, and September 2, 2022, and is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points of Authorities; the accompanying Separate Statement of Undisputed Facts; the declarations of Joe McLusky, Barrie Wexler and Pamela Woods and exhibits thereto; the Request for Judicial Notice; the pleadings on file herein; and such other matters as may be presented to the Court at or before the hearing on this matter.

DATED: September 12, 2022         PASICH LLP

                                  By:    */s/ Pamela Woods*
                                         Pamela Woods
                                         Attorneys for Plaintiff

2
**VIACOMCBS'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**