Kirk Pasich (SBN 94242)
KPasich@PasichLLP.com
Pamela Woods (SBN 101520)
PWoods@PasichLLP.com
Christopher T. Pasich (SBN 299191)
CPasich@PasichLLP.com
Caitlin S. Oswald (SBN 330974)
COswald@PasichLLP.com
PASICH LLP
10880 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone:  (424) 313-7860
Facsimile:   (424) 313-7890

Attorneys for Plaintiff and
Counter-Defendant

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIACOMCBS INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>GREAT DIVIDE INSURANCE COMPANY, a North Dakota corporation,<br><br>            Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No. 2:21-cv-00400-ODW-AFM<br><br>Hon. Otis D. Wright, II<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE FINAL PRETRIAL CONFERENCE AND OTHER CASE DEADLINES**<br><br>Complaint Filed:  Jan. 14, 2021<br>Trial Date:  December 5, 2023 |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that plaintiff and counter-defendant ViacomCBS Inc., now known as Paramount Global, and defendant and counter-claimant Great Divide Insurance Company have agreed to the material terms of a settlement in this

---

**NOTICE OF SETTLEMENT**

matter. The parties are currently finalizing the written settlement agreement and anticipate that it will be signed by October 24, 2023.

The parties therefore stipulate and agree that the remaining case deadlines and the Final Pretrial Conference should be vacated in light of their agreement to the terms of a settlement.

**IT IS SO STIPULATED**.

DATED: October 18, 2023         PASICH LLP

                                By:  */s/ Pamela Woods*
                                     Pamela Woods

                                Attorneys for Plaintiff and Counter-Defendant

DATED: October 18, 2023         SELMAN LEICHENGER EDSON HSU NEWMAN MOORE LLP

                                By:  */s/ Linda Wendell Hsu*
                                     Linda Wendell Hsu

                                Attorneys for Defendant and Counter-Claimant

## **ATTESTATION**

Pursuant to Central District of California Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 18, 2023         PASICH LLP

                                By:  */s/ Pamela Woods*
                                     Pamela Woods

                                Attorneys for Plaintiff and Counter-Defendant