# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIACOMCBS INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GREAT DIVIDE INSURANCE COMPANY, a North Dakota corporation,<br><br>  Defendant. | Case No. 2:21-cv-00400-ODW-AFM<br><br>Hon. Otis D. Wright, II<br><br>**[PROPOSED] ORDER ON STIPULATION TO VACATE FINAL PRETRIAL CONFERENCE AND OTHER CASE DEADLINES**<br><br>Complaint Filed: Jan. 14, 2021<br>Trial Date: December 5, 2023, 2023 |
| AND RELATED COUNTERCLAIM | |

**[PROPOSED] ORDER ON STIPULATION TO VACATE FINAL PRETRIAL CONFERENCE AND CASE DEADLINES**

Pursuant to the Parties' Notice of Settlement and Stipulation to Vacate Final Pretrial Conference and Other Case Deadline, and for good cause shown, it is hereby ORDERED that:

1. The date for the Final Pretrial Conference, currently scheduled for October 30, 2023, is vacated;

2. The remaining case deadlines contained in the Court's February 10, 2023, Order Re: Continued Trial and Pretrial Dates are vacated; and

3. If a Stipulation of Dismissal with Prejudice is not filed in this matter by November 30, 2023, the parties will submit a Joint Status Report advising the Court of the status of the matter, and the Court will issue such orders as it deems appropriate.

**IT IS SO ORDERED.**

Dated: _____   _____
THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE