| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIACOMCBS INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREAT DIVIDE INSURANCE COMPANY, a North Dakota corporation, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIM | Case No. 2:21-cv-00400-ODW-AFM <br><br> Hon. Otis D. Wright, II <br><br> **ORDER ON STIPULATION TO VACATE FINAL PRETRIAL CONFERENCE AND OTHER CASE DEADLINES** <br><br> Complaint Filed: Jan. 14, 2021 <br> Trial Date: December 5, 2023, 2023 |

**[PROPOSED] ORDER ON STIPULATION TO VACATE FINAL PRETRIAL CONFERENCE AND CASE DEADLINES**

Pursuant to the Parties' Notice of Settlement and Stipulation to Vacate Final Pretrial Conference and Other Case Deadline, and for good cause shown, it is hereby ORDERED that:

1. The date for the Final Pretrial Conference, currently scheduled for October 30, 2023, is vacated;

2. The remaining case deadlines contained in the Court's February 10, 2023, Order Re: Continued Trial and Pretrial Dates are vacated; and

3. If a Stipulation of Dismissal with Prejudice is not filed in this matter by November 30, 2023, the parties will submit a Joint Status Report advising the Court of the status of the matter, and the Court will issue such orders as it deems appropriate.

**IT IS SO ORDERED.**

Dated: October 19, 2023

THE HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE