JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| VIACOMCBS INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GREAT DIVIDE INSURANCE COMPANY,<br><br>        Defendant. | Case № 2:21-cv-00400-ODW (AFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Stipulation of Dismissal with Prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

November 20, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**